UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KC FILED
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

QUENTON SAVADO,

    Plaintiff,

v.

P.O. JOHN DOE

    Defendant.

07CV6472
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

Jury Demand

## COMPLAINT

NOW COMES the Plaintiff, QUENTON SAVADO, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, and complaining against the Defendant, P.O. John Doe, as follows:

### COUNT I – EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendant committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

3) The Plaintiff, QUENTON SAVADO, was at all relevant times a United States Citizen and a permanent resident of the State of Illinois.

4) The Defendant, P.O. JOHN DOE, was at all relevant times a duly appointed officers of the Chicago Police Department and at all relevant times, was acting within his scope of employment and under color of law.

5) On February 14, 2007, the Plaintiff was a resident of

2320 N. State Street.

6) The Defendant P.O. John Doe had stopped the Plaintiff on other occasions without probable cause to search and harass him

7) On February 14, 2007 the Plaintiff was walking through the building with a friend when the defendant without any justification or probable cause grabbed the plaintiff,

8) The Defendant John Doe pushed the Plaintiff onto the wall and pushed the Plaintiff Savado in the side where he previously had surgery.

9) Said use of force was unprovoked, unjustified and, unreasonable.

10) The Plaintiff was hurt.

11) The Plaintiff was then seized and searched.

12) Said actions were intentional willful and wanton.

13) Said actions of Defendant John Doe violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were violation of Said rights protected by U.S.C. § 1983.

14) As a direct and proximate consequence of said conduct of Defendant, P.O. John Doe, the Plaintiff, QUENTON SAVADO, suffered a violation of his constitutional rights, fear, emotional anxiety, humiliation, pain, suffering and monetary loss.

WHEREFORE, the Plaintiff, QUENTON SAVADO, prays for judgment in his favor and against the Defendant, P.O. John Doe, individually, in an amount in excess of THIRTY THOUSAND AND 00/100 ($30,000.00) DOLLARS in compensatory damages

and TWENTY THOUSAND AND 00/100 ($20,000.00) DOLLARS in punitive damages, plus attorney's fees and costs.

### COUNT II – UNLAWFUL SEARCH AND SEIZURE

1-10)   The Plaintiff, QUENTON SAVADO, hereby realleges and incorporate his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11)   The actions of holding the Plaintiff in custody and searching him without probable cause constitutes an unlawful search and seizure.

12)   The actions of the defendant were intentional and willful and wanton.

13)   Said actions of the Defendant violated the Plaintiff's Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

14)   As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, QUENTON SAVADO, suffered a violation of his constitutional rights, emotional anxiety, humiliation, fear, pain, suffering and monetary loss.

WHEREFORE the Plaintiff, QUENTON SAVADO, prays that this Honorable Court grant judgment against the Defendant, P.O. John Doe, for compensatory damages in an amount in excess of TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS and FIVE THOUSAND AND 00/100 ($5,000.00) DOLLARS punitive damages, plus attorney's fees and costs.

## JURY DEMAND

The Plaintiff, QUENTON SAVADO, hereby request trial by jury.

Respectfully submitted,

QUENTON SAVADO

Gregory E. Kulis
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830