# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number:

Quenton Savado
    Plaintiff,

v.

P.O. John Doe
    Defendant.

**FILED**
KC
NOV 1 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Quenton Savado

07CV6472
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

| Field | Value |
|---|---|
| NAME (Type or print) | RONAK D. PATEL |
| SIGNATURE | /s/ Ronak Patel |
| FIRM | GREGORY E. KULIS & ASSOCIATES, LTD. |
| STREET ADDRESS | 30 N. LaSalle Street, Suite 2140 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER | 6290425 |
| TELEPHONE NUMBER | 312-580-1830 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐