U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number:
Quenton Savado
    Plaintiff,
v.
P.O. John Doe
    Defendant.

FILED
KC
NOV 1 5 2007
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Quenton Savado

07CV6472
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

| NAME (Type or print) |
| --- |
| DAVID S. LIPSCHULTZ |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| GREGORY E. KULIS & ASSOCIATES, LTD. |

| STREET ADDRESS |
| --- |
| 30 N. LaSalle Street, Suite 2140 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6277910 | 312-580-1830 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐