## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6472 | **DATE** | 11/29/2007 |
| **CASE TITLE** | Quenton Savado vs. John Doe | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of an amended complaint which actually names proper defendants. Plaintiff's counsel is granted leave to proceed with expedited discovery to identify any proper defendant. Plaintiff's counsel should also fully exhaust all settlement possibilities prior to filing the amended complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|