UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07-C-6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| P.O. JOHN DOE | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE HIS
FIRST AMENDED COMPLAINT AT LAW**

Now Comes the Plaintiff, Quenton Savado, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., and asks this Honorable Court for leave to file Plaintiff's First Amended Complaint at Law pursuant to Fed. R. Civ. Proc. 15(a). In support of his request, Plaintiff states as follows:

1. On November 15, 2007, Plaintiff filed his Complaint at Law against an unidentified Defendant officer with the Chicago Police Department named as John Doe.

2. Plaintiff's counsel recently received communications from counsel for the Chicago Police Department indicating that the Defendant *may* be Chicago police officer James Brill, Star #6491.

3. Plaintiff's proposed First Amended Complaint:

    a. Identifies the Defendant, previously John Doe, as officer believed to be James Brill, Star #6491.

Wherefore, Plaintiff Quenton Savado, respectfully requests this Honorable Court to enter an order granting him leave to file Plaintiff's First Amended Complaint at Law

pursuant to Fed. R. Civ. Proc. 15(a), and for such other relief the Court deems appropriate.

                                  Respectfully submitted,

                                  QUENTON SAVADO

                                  /s/ Gregory E. Kulis
                                  Gregory E. Kulis
                                  GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830