UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07 C 6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| OFFICER JOHN DOE, individually | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

    PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Castillo on the 9th day of January, 2007 at 9:45 a.m. or as soon thereafter as counsel may be heard, and then and there present the Plaintiff's Motion for Leave to File His First Amended Complaint at Law, a copy of which is attached hereto.

                                                         /s/ Gregory E. Kulis
                                                          Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

    PLEASE TAKE NOTICE that on the 4th day of January, 2008, I, Gregory E. Kulis, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

                                                          /s/ Gregory E. Kulis
                                                          Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**