## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Quenton Savado

                Plaintiff,

v.                                       Case No.: 1:07–cv–06472
                                                Honorable Ruben Castillo

John Doe

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 1/9/2008 is vacated. Plaintiff's motion for leave to file his first amended complaint at law [10] is entered and continued to 1/10/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.