UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07 C 6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| P.O. JAMES BRILL STAR #6491 | ) | |
| | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME**
**FOR SERVICE OF SUMMONS**

NOW COMES the Plaintiff, QUENTIN SAVADO, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., and in support of his Motion for Additional Time for Service of Summons, states as follows:

1. On November 15, 2007, Plaintiff filed his Complaint at Law. His Complaint was brought pursuant to 42 U.S.C. §1983 and §1988 and sets forth one count of excessive force and one count of unlawful search and seizure against an unknown Chicago Police Department officer.

2. In response to a subpoena, the Plaintiff learned the likely identity of the unknown Defendant. Accordingly, on January 10, 2008, with leave of court, the Plaintiff filed his First Amended Complaint, naming Officer James Brill as the Defendant.

3. Also on January 10, 2008, Plaintiff served a Waiver of Service of Summons to the Superintendent of the Chicago Police Department for Officer Brill.

4. Plaintiff's counsel is currently in telephone contact with the Law Department of the City of Chicago to obtain the executed Waiver of Service from Officer Brill.

5. Pursuant to Federal Rule of Civil Procedure 4(m) the Plaintiff must serve summons and the complaint upon the Defendant on or before March 14, 2008.

6. Plaintiff seeks an additional 45 days beyond March 14, 2008 to cooperate with the Law Department of the City of Chicago and the Chicago Police Department in order that the Plaintiff does not have to request Officer Brill's residential address for the purposes of personal service.

WHEREFORE, the Plaintiff, QUENTIN SAVADO, prays this Honorable Court to grant his Motion for Additional Time for Service of Summons and to provide him with an additional 45 days for service.

Respectfully submitted,

QUENTON SAVADO

/s/ David S. Lipschultz
David S. Lipschultz
GREGORY E. KULIS AND ASSOCIATES

GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Atty No. 6277910