UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **QUENTON SAVADO,** | ) | |
| | ) | **Case No. 07 C 6472** |
| Plaintiff, | ) | |
| | ) | **Judge Castillo** |
| v. | ) | |
| | ) | **Magistrate Judge Schenkier** |
| **OFFICER JOHN DOE, individually** | ) | **Jury Demand** |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Castillo on the 26th day of February, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, and then and there present the **Plaintiff's Motion for Extension of Time for Service of Summons**, a copy of which is attached hereto.

                                                       /s/ David S. Lipschultz
                                                       Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on the 18th day of February, 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

                                                       /s/ David S. Lipschultz
                                                       Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**