UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **QUENTON SAVADO,** ) | |
| ) | Case No. 07 C 6472 |
| **Plaintiff,** ) | |
| ) | Judge Castillo |
| **v.** ) | |
| ) | Magistrate Judge Schenkier |
| **P.O. JAMES BRILL STAR #6491** ) | |
| ) | Jury Demand |
| ) | |
| **Defendant.** ) | |

**CORRECTED NOTICE OF MOTION**

To: David Seery
Chief Assistant Corporation Counsel
City of Chicago
30 N. LaSalle, Suite 1020
Chicago, Illinois 60602

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Castillo on the 26th day of February, 2008 at 9:45 a.m. or as soon thereafter as counsel may be heard, and then and there present the **Plaintiff's Motion for Extension of Time for Service of Summons**, a copy of which is attached hereto.

/s/ David S. Lipschultz
Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of February, 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ David S. Lipschultz
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**