UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Quenton Savado
                        Plaintiff,

v.                                      Case No.: 1:07−cv−06472
                                              Honorable Ruben Castillo

James Brill, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Ruben Castillo :Plaintiff's motion for additional time for service of summons [17] is granted. Motion hearing set for 2/26/2008, status report filing date of 3/3/2008 and settlement conference set for 3/6/2008 are vacated. Parties to file a joint status report on or before 5/27/2008. Settlement conference reset to 5/29/2008 at 2:00 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.