UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO | ) | |
| Plaintiff, | ) | NO. 07 C 6472 |
| | ) | |
| v. | ) | JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| P.O. JAMES BRILL STAR #6491 | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

**DEFENDANT BRILL'S AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers James Brill ("Defendant Brill"), by one of his attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time in which Defendant Brill may answer or otherwise plead to Plaintiff's First Amended Complaint, up to and including May 5, 2008. In support thereof, Defendant Brill states as follows:

1. Plaintiff's First Amended Complaint was filed on January 10, 2008. Defendant Brill has been served on March 14, 2008.

2. The undersigned has filed an appearance for Defendant Brill on today's date.

3. Defendant Brill's Answer or other responsive pleading is due at or about April 3, 2008.

4. Defendant Brill's attorney has not been able to review the file, and is awaiting for documents pertaining to this case.

5. This Motion is Defendant Brill's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, David Lipschultz, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendant Brill respectfully request that this Honorable Court grant an extension of time up to and including May 5, 2008, to answer or otherwise plead to Plaintiff's First Amended Complaint.

                                    Respectfully submitted,

                                    /s/ Marcy M. Labedz
                                    MARCY M. LABEDZ
                                    Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
(312) 744-6566
Attorney No.  06279219

April 2, 2008

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANT BRILL'S AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on April 2, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ