UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07 C 6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| P.O. JAMES BRILL STAR #6491 | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

### DEFENDANT BRILL'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant, Officer James Brill, ("Defendant Brill"), by one of his attorneys, Marcy M. Labedz, Assistant Corporation Counsel, hereby submits his Answer, Affirmative Defenses, and Jury Demand to Plaintiff's First Amended Complaint.

### COUNT I - EXCESSIVE FORCE

1) This action is brought pursuant to the Laws of the United States Constitution, specifically 42 U.S.C. §1983 and 1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendant committed under color of law.

**ANSWER:** Defendant Brill admits that Plaintiff has brought this action pursuant to 42 U.S.C. §1983 to redress alleged violations of Plaintiff's civil rights. Defendant Brill denies the remaining allegations in Paragraph 1.

2) Jurisdiction is based on Title 28 U.S.C. §1331 and §1343.

**ANSWER:** Defendant Brill admits that jurisdiction is proper.

3) The Plaintiff, QUENTON SAVADO, was at all relevant times a United States Citizen and a permanent resident of the State of Illinois.

**ANSWER:** Defendant Brill is without knowledge or information sufficient to form a belief as to the truth as to the allegations contained in Paragraph 3.

4) The Defendant, P.O. JAMES BRILL STAR #6491, was at all relevant times a duly appointed officers [sic] of the Chicago Police Department and at all relevant times, was acting within his scope of employment and under color of law.

**ANSWER:** Defendant Brill admits that his star number is 6491 and that on February 14, 2007 he was employed as an officer of the Chicago Police Department, and at the time alleged working within the scope of his employment and under color of law.

5) On February 14, 2007, the Plaintiff was a resident of 2320 N. State Street.

**ANSWER:** Defendant Brill is without knowledge or information sufficient to form a belief as to the truth as to the allegations contained in Paragraph 5. Further, upon information and belief, Defendant Brill avers that there is no such address as 2320 N. State Street in Chicago.

6) The Defendant P.O. James Brill Star #6491 had stopped the Plaintiff on other occasions without probable cause to search and harass him

**ANSWER:** Defendant Brill admits that he has had prior interaction with Plaintiff. Defendant Brills denies the remaining allegations and complained of conduct contained in Paragraph 6.

7) On February 14, 2007 the Plaintiff was walking through the building with a friend when the defendant without a ny [sic] justification or probable cause grabbed the plaintiff.

**ANSWER:** Defendant Brill denies the allegations and complained of conduct contained in Paragraph 7.

8) The Defendant James Brill Star #6491 pushed the Plaintiff onto the wall and pushed Plaintiff Savado in the side where he previously had surgery.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 8.

9) Said use of force was unprovoked, unjustified and, unreasonable.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 9.

10) The Plaintiff was hurt.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 10.

11) The Plaintiff was then seized and searched.

**ANSWER:**   Defendant Brill denies that he seized and searched Plaintiff.

12) Said actions were intentional willful and wanton.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 12.

13) Said actions of Defendant James Brill Star #6491 violated the Plaintiffs Fourth Amendment Rights of the United States Constitution and were [sic] violation of Said [sic] rights 42 U.S.C. § 1983.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 13.

14) As a direct and proximate consequence of said conduct of Defendant, P.O. James Brill Star #6491; the Plaintiff, QUENTON SAVADO, suffered a violation of his constitutional rights, fear, emotional anxiety, humiliation, pain, suffering and monetary loss.

**ANSWER:**   Defendant Brill denies the allegations and complained of conduct contained in Paragraph 14.

## COUNT II - UNLAWFUL SEARCH AND SEIZURE

1-10) [sic] The Plaintiff, QUENTON SAVADO, hereby realleges and incorporate his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

**ANSWER:** Defendant Brill reasserts his answers to Paragraphs 1 through 10 of Count I, as though fully stated herein, as their answer to Paragraph 1-10 of Count II of Plaintiff's Amended Complaint.

11) The actions of holding the Plaintiff in custody and searching him without probable cause constitutes an unlawful search and seizure.

**ANSWER:** Defendant Brill denies the allegations and complained of conduct contained in Paragraph 11.

12) The actions of the defendant were intentional and willful and wanton.

**ANSWER:** Defendant Brill denies the allegations and complained of conduct contained in Paragraph 12.

13) Said actions of the Defendant violated the Plaintiffs Fourth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C.§1983.

**ANSWER:** Defendant Brill denies the allegations and complained of conduct contained in Paragraph 13.

14) As a direct and proximate consequence of said conduct of the Defendant, the Plaintiff, QUENTON SA V ADO, suffered a violation of his constitutional.

**ANSWER:** Defendant Brill denies the allegations and complained of conduct contained in Paragraph 14.

## CONCLUSION

**WHEREFORE,** Defendant Brill respectfully requests that judgment be entered in his favor and against the Plaintiff, for the costs of defending this suit, and other such relief as the Court deems just and appropriate.

## AFFIRMATIVE DEFENSE: QUALIFIED IMMUNITY QUALIFIED IMMUNITY

Defendant Brill is a government official, namely police officer, who performs discretionary functions. At all times material to the events alleged in Plaintiff's Amended Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted Defendant Brill could have believed their actions to be lawful, in light of clearly established law and the information that Defendant Brill possessed. Therefore, Defendant Brill is entitled to qualified immunity as a matter of law.

## JURY DEMAND

Defendant Brill hereby respectively demand a jury trial for all issues so triable.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Atty. No. 06279219
May 5, 2008

## CERTIFICATE OF SERVICE

I, Marcy M. Labedz, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF FILING** and **DEFENDANT BRILL'S ANSWER, AFFIRMATIVE DEFENSE, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on May 5, 2008 in accordance with the rules on electronic filing of documents.

        Respectfully submitted,

        /s/ Marcy M. Labedz
        MARCY M. LABEDZ
        Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219