UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 C 6472 |
| | ) | |
| v. | ) | JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE |
| SCHENKIER | | |
| P.O. JAMES BRILL STAR #6491 | ) | |
| | ) | |
| Defendant. | ) | JURY DEMAND |

### NOTICE OF FILING

TO:  Gregory E. Kulis, David Lipschultz, Kathleen Ropka
 Ronak Patel, and Shenaz I. Mansuri
 Gregory E. Kulis and Associates, Ltd.
 30 N. LaSalle, Suite 2140
 Chicago, IL 60602

**PLEASE TAKE NOTICE** that on May 5, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT BRILL'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**, a copy of which is herewith served upon you.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (Fax)
Atty. No. 06279219