Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6472 | DATE | 5/16/2008 |
| CASE TITLE | Quenton Savado vs. P.O. James Brill | | |

**DOCKET ENTRY TEXT**

Enter Agreed Qualified HIPAA and Confidential Matter Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | RO |
|---|---|---|