UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07 C 6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| P.O. JAMES BRILL STAR #6491 | ) | Jury Demand |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INITIAL STATUS REPORT

A.  Nature of the Case

    1.  Bases for jurisdiction, nature of claims and counterclaims

        Federal question, 28 U.S.C. § 1983.
        Jurisdiction is based on 28 U.S.C. §§ 1331 and 1343.

        The Plaintiff's complaint sets forth two counts alleging excessive force and unlawful search and seizure arising from an incident that occurred on or about February 14, 2007 involving the Defendant Chicago Police Officer James Brill Star #6491.

        The Plaintiff suffered: (a) the violation of his constitutional rights; (b) fear; (c) emotional anxiety; (d) humiliation; (e) pain and suffering; (f) and monetary loss.

    2.  Relief sought by plaintiff, including computation of claimed damages, if available.

        Compensatory and punitive damages.

    3.  Names of any parties that have not been served.

        None

    4.     Major Legal Issues

        (a)    Whether the Plaintiff was arrested by Defendant Brill;

        (b)    Whether the Defendant had probable cause to grab, search and arrest the Plaintiff and;

        (b)    Whether force was used by the Defendant, and if so, the objective reasonableness of the force used by the Defendant against the Plaintiff.

    5.     Major Factual Issues

        (a)    The Plaintiff's and Defendant's conduct on the date of the incident

        (b)    The nature of the force, if any, used by the Defendant.

        (c)    The nature and extent of the injuries and damages suffered by the Plaintiff.

    6.     Citations to key authorities which will assist the Court in understanding and ruling on the issues.

        None at this time.

B.    <u>Preparation of Drafting Schedule and Order</u>

    1.     Outline of the scheduling order required by Fed. R. Civ. P. 16(b)

        a.    Six months to join parties and to amend pleadings.

        b.    Six months to file dispositive motions.

        c.    Nine months for fact and expert discovery.

C.    <u>Trial Status</u>

    1.     A jury has been requested.

    2.     Probable length of trial: three to five days

D.     <u>Consent to Proceed Before a Magistrate Judge</u>

    1.     At this time the parties do not consent to proceed before a Magistrate Judge for all proceedings including trial.

E.     <u>Settlement Status</u>

    Plaintiff requires certain discovery before tendering a settlement demand.

    Respectfully submitted,

    QUENTON SAVADO

    /s/ David S. Lipschultz
    Gregory E. Kulis and Associates

David S. Lipschultz
Atty. No. 6277910
GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830