UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTON SAVADO,                )<br>                                                  )<br>            Plaintiff,            )<br>                                                  )<br>    v.                                        )<br>                                                  )<br>P.O. JAMES BRILL STAR #6491    )<br>                                                  )<br>                                                  )<br>            Defendant.        ) | Case No. 07 C 6472<br><br>Judge Castillo<br><br>Magistrate Judge Schenkier<br><br>Jury Demand |

## NOTICE OF FILING

To:   Marcy Labedz
       City of Chicago Department of Law
       30 N. LaSalle, Suite 1400
       Chicago, IL 60602

PLEASE TAKE NOTICE that on this 20th day of May 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **INITIAL STATUS REPORT**.

                                                    /s/ David S. Lipschultz
                                                    GREGORY E. KULIS & ASSOCIATES, LTD.

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of May 2008, I, David S. Lipschultz, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

                                                    /s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Savado v. Brill\Pleadings\NOF.doc