**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Quenton Savado
          Plaintiff,

v.                   Case No.: 1:07−cv−06472
                   Honorable Ruben Castillo

James Brill, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

  MINUTE entry before the Honorable Ruben Castillo:With apologizes to the parties, the Court hereby vacates the settlement conference set for 5/27/2008. The Court will hold a settlement conference in chambers on 6/10/2008 at 4:30 PM.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.