UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUENTON SAVADO, ) | |
| ) | Case No. 07 C 6472 |
| Plaintiff, ) | |
| ) | Judge Castillo |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| P.O. JAMES BRILL STAR #6491 ) | |
| ) | |
| Defendant. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_/s/ Gregory E. Kulis_
Gregory E. Kulis
Attorney for Plaintiff,
Quenton Savado
Gregory E. Kulis and Associates
30 N. LaSalle, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
Attorney No. 618 0966
DATE: 6-25-08

_/s/ Marcy M. Labedz_
Marcy M. Labedz
Assistant Corporation Counsel
Attorney for Defendant,
James Brill
30 N. LaSalle, Suite 1400
Chicago, Illinois 60602
(312) 744-3982
Attorney No. 06279219
DATE: 6-27-08