*AC*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| QUENTON SAVADO, | ) | |
| | ) | Case No. 07 C 6472 |
| Plaintiff, | ) | |
| | ) | Judge Castillo |
| v. | ) | |
| | ) | Magistrate Judge Schenkier |
| P.O. JAMES BRILL STAR #6491 | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Quenton Savado, by one of his attorneys, Gregory E. Kulis, and Defendant, James Brill, by his attorney, Marcy M. Labedz, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, Quenton Savado against Defendant, James Brill, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the Release and Settlement Agreement.

ENTER:

The Honorable Ruben Castillo
United States District Judge

DATED: 7/2/08